IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>　　　　Plaintiff,<br>v.<br><br>DWIGHT WINSLOW, et al.,<br><br>　　　　Defendants. | No. C 04-1198 SBA (pr)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order of today's date granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants and against Plaintiff. The parties shall bear their own costs.

　　IT IS SO ORDERED.

DATED: September 30, 2005

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge